**Mario Alarcon ALVAREZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05-74453.**

United States Court of Appeals, Ninth Circuit.

Submitted May 16, 2007.*

Filed June 1, 2007.

Sanjay Sobti, U.S. Law Center, Corona, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Keith Bernstein Fax, Michelle G. Latour Fax, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: PREGERSON, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Mario Alarcon Alvarez petitions for review of the Board of Immigration Appeals' ("BIA") order summarily affirming an immigration judge's ("IJ") order denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *see Salta v. INS,* 314 F.3d 1076, 1078 (9th Cir.2002), we grant the petition for review and remand.

The BIA failed to address Alarcon Alvarez's contention that inadequate representation by his previous attorneys prejudiced his case. *See, e.g., Konstantinova v. INS,* 195 F.3d 528, 529 (9th Cir.1999) ("The BIA abuses its discretion when it ... disregards important aspects of the alien's claim."). Accordingly, we grant the petition for review and remand for further proceedings.

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.